Steven C. Vondran, SBN 232337
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Phone: (877) 276-5084
Fax:    (888) 551-2252
Email: Steve@Vondranlegal.com
Attorneys for Plaintiff ERIK SIMOYAN

Donald E. Bradley (State Bar No. 145037)
 *D.Bradley@musickpeeler.com*
**MUSICK PEELER AND GARRETT LLP**
650 Town Center, Suite 1200                                    JS-6
Costa Mesa, CA 92626
Phone: (714) 668-2400
Fax:    (714) 668-2490
Attorneys for Defendant TRANS UNION LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SIMONYAN,<br><br>                    Plaintiffs<br><br>          v.<br><br>TRANS UNION LLC,<br><br>                    Defendant. | Case No. 2:25−cv−08709−JFW−AYPx<br><br>Hon. John F. Walter, Courtroom 7A<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Erik Simonyan and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved.  A Joint Stipulation of Voluntary Dismissal Without Prejudice has been signed and filed

1

with the court.  Having considered the stipulation of dismissal without prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Erik Simonyan against Defendant Trans Union LLC are in all respects dismissed without prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED: March 2, 2026

_____
Hon. John F. Walter

ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE